**FILED**

May 26, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Christian Rodriguez___
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Dr. Jack Wilston Stamps, Jr.,** *Plaintiff,* | § § § § § § § § § § | |
| *v.* | | **1:25-CV-802-ADA-SH** |
| **Doreen Lorenzo, et al.,** *Defendant.* | | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 42. Judge Hightower recommends that this Court **GRANT** Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 33) and **DISMISS** Plaintiff's official capacity claims under Rule 12(b)(1) without prejudice and Plaintiff's individual capacity and Declaratory Judgment Act claim under Rule 12(b)(6) with prejudice; **DENY** Plaintiff's Motion for Leave to File Proposed Second Amended Complaint (Dkt. 36); and **DECLARE** Jack Wilson Stamps a vexatious litigant and issue a pre-filing injunction barring him from filing any future actions in the Western District of Texas related to his employment with UT Austin without written leave from a federal judge of this district or the Fifth Circuit. *Id.* at 15. The report was filed on May 8, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by*

*Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on May 11, 2026. Dkt. 43. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 42), Plaintiff's objections (Dkt. 43), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 42) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 43) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 33). Plaintiff's official capacity claims are hereby **DISMISSED** under Rule 12(b)(1) without prejudice, and Plaintiff's individual capacity and Declaratory Judgment Act claim are hereby **DISMISSED** under Rule 12(b)(6) with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Proposed Second Amended Complaint (Dkt. 36) is hereby **DENIED.**

**IT IS FURTHER ORDERED** that this Court hereby **DECLARES** Jack Wilson Stamps a vexatious litigant and **ISSUES** a pre-filing injunction barring him from filing any future actions in the Western District of Texas related to his employment with UT Austin without written leave from a federal judge of this district or the Fifth Circuit.

All other pending motions are hereby **DENIED** as **MOOT.** The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE