IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DR. JACK WILSON STAMPS, JR.,        Civil Action No. 1:25-cv-00802-ADA-SH

    Plaintiff,

v.

DOREEN LORENZO, et al.,

    Defendants.

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dr. Jack Wilson Stamps, Jr., proceeding pro se, appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order Adopting Magistrate Judge's Report and Recommendation entered on May 26, 2026 (Dkt. 44), including the dismissal of Plaintiff's claims, denial of Plaintiff's Motion for Leave to File Proposed Second Amended Complaint (Dkt. 36), declaration that Plaintiff is a vexatious litigant, issuance of the prefiling injunction, closure of the case, and all adverse rulings and orders that merge into that final disposition.

Respectfully submitted,

/s/ Dr. Jack Wilson Stamps, Jr.
Dr. Jack Wilson Stamps, Jr.
Plaintiff, Pro Se
325 Queen Anne Court
San Antonio, Texas 78209
(210) 849-5347
jackwstamps@gmail.com

Dated: May 27, 2026

## CERTIFICATE OF SERVICE

I certify that on May 27, 2026, I filed the foregoing via the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Dr. Jack Wilson Stamps, Jr.
Dr. Jack Wilson Stamps, Jr.